IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARVIS EDMOND CARTER,<br><br>Defendant. | CR 24-129-BLG-KSL<br><br><br>ORDER |

Defendant, Jarvis Carter moves this Court, pursuant to the Fourth Amendment, to suppress a cellphone found during his arrest. Doc. 108, pp. 1-2. The government then moved to strike the Motion to Suppress and Supporting Brief, arguing that the motion is untimely. Doc. 116, pp. 1-2, Doc. 117, pp. 5-7. For the reasons that follow, the Court will deny Defendant's motion.

The Court can set deadlines for pretrial motions, including motions to suppress. Fed. R. Crim. P. 12(c)(1). Failure to comply with the deadlines results in a denial of the motion unless the moving party shows "good cause." Fed. R. Crim. P. 12(c)(3); *United States v. Millican*, No. 22-10336, 2024 WL 4441427, at *1 (9th Cir. Oct. 8, 2024) (holding that courts can only review untimely motions for good cause). Courts can deny a motion to suppress without waiting for a response. Here, after multiple extensions, this Court set a final pretrial motions deadline of January 28,

2026. Doc. 79, p. 1. Although other deadlines were later extended, the pretrial motions deadline remained. Doc. 85, p. 3. Because the Motion to Suppress was not filed until July 7, 2026, almost six months after the deadline, the motion is untimely.

Defendant has failed to show "good cause" to excuse his delay in filing. The Brief in Support of the Motion to Suppress does not mention timeliness at all. Defendant was aware of the factual basis for the Motion to Suppress since at least January 2025. Doc. 117, p. 6. Current defense counsel was appointed on September 24, 2025, and had over three months to file the motion. Doc. 63, pp. 1-2.

Because the Motion to Suppress is untimely and Carter has failed to show good cause for the delay, the defendant's Motion to Suppress [Doc. 108] is **DENIED.** The government's Motion to Strike the Motion to Suppress [Doc. 116] is **DENIED** as moot. IT IS SO ORDERED.

DATED this 23rd day of July, 2026.

_____
KATHLEEN S. LANE
United States District Judge

2