**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JARVIS EDMOND CARTER<br><br>Defendant. | Cause No. CR 24-129-BLG-KSL<br><br>**ORDER** |

Upon the Defendant Jarvis Edmond Carter's Motion to Transport (Doc. 132) Defendant to the Missoula County Detention Center, and for good cause appearing,

IT IS HEREBY ORDERED the Defendant's Motion (Doc. 132) is **GRANTED.** The U.S. Marshals shall transport the Defendant, Jarvis Edmond Carter from the Yellowstone County Detention Center to the Missoula County Detention Center and house him there until his trial presently scheduled for December 9, 2026.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 28th day of August, 2026.

KATHLEEN S. LANE
U.S. District Court Judge